IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-04482-PAB

KHUSHNUDJON JURAKULOV,

Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,
GEORGE VALDEZ, Director, ICE Denver Field Office,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, Attorney General of the United States,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

On September 15, 2026, petitioner filed a petition for writ of habeas corpus. Docket No. 1. On September 16, 2026, the Court ordered petitioner to serve respondents with a copy of the petition by overnight mail and email. Docket No. 3. The Court ordered respondents to respond to the petition within seven days of service. *Id.* On September 29, 2026, petitioner filed a certificate of service indicating that he served respondents. Docket No. 5. Respondents, however, have not entered appearances. There is no indication that petitioner served the United States Attorney's Office for the District of Colorado. *See generally id.*

Rule 4(i)(1) of the Federal Rules of Civil Procedure indicates that, to serve the United States, a party must, among other things, serve the United States attorney, an assistant United States attorney, or the civil-process clerk at the United States Attorney's Office. Fed. R. Civ. P. 4(i)(1)(A). To serve a United States officer or employee sued only in an official capacity (as petitioner is doing here), a party must serve both the United States and the officer or employee. Fed. R. Civ. P. 4(i)(2). Because petitioner has failed to show that he served the United States Attorney, an assistant United States Attorney, or the civil-process clerk, service appears improper. The Court will not rule on the habeas petition until respondents are properly served.

DATED November 2, 2026.